UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
VICTORIA I. BRIGHTMAN,                                            :
                                                                  :
                            Plaintiff,                            :
                                                                  :     18-cv-4932 (LJL)
            -v-                                                   :
                                                                  :     ORDER
1199 SEIU HEALTH CARE EMPLOYEES PENSION                           :
FUND ET AL,                                                       :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

LEWIS J. LIMAN, United States District Judge:

WHEREAS this case was recently transferred to the undersigned, it is hereby

ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than February 24, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

Unless otherwise notified by the Court, all deadlines contained in any Scheduling Order or Case Management Plan will remain in effect notwithstanding the case's transfer. However, any previously scheduled conference is hereby ADJOURNED pending further notice from the Court.

Dated: February 10, 2020          _____
       New York, New York                LEWIS J. LIMAN
                                         United States District Judge