USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VICTORIA I. BRIGHTMAN, :
:
           Plaintiff, :
:      18-cv-4932 (LJL)
   -v- :
:      ORDER
1199 SEIU HEALTH CARE EMPLOYEES PENSION :
FUND ET AL, :
           Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court is in receipt of the parties' status letter (Dkt. No. 46) and Plaintiff's request for a briefing schedule. The Court's Individual Practices in Civil Cases permit parties to agree upon a briefing schedule for motions, so long as the parties disclose that schedule to the Court in a letter accompanying the initial motion. *See* Paragraph 2(I) of Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-lewis-j-liman.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff may make its motion on a schedule agreed by the parties or, in the absence of such agreement, on the schedule set forth in Local Civil Rule 6.1.

Dated: February 27, 2020
       New York, New York

                                                   LEWIS J. LIMAN
                                            United States District Judge