**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
VICTORIA I. BRIGHTMAN,

                       Plaintiff,                18 **CIVIL** 4932 (LJL)

       -against-                             **JUDGMENT**

1199SEIU HEALTH CARE EMPLOYEES
PENSION FUND and 1199SEIU RETIREMENT
COMMITTEE,

                       Defendants.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 2, 2021, Defendant's motion for summary

judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED. Plaintiff's

counsel's request for fees is DENIED; accordingly, the case is closed.


**Dated:** New York, New York
        March 3, 2021


                                 **RUBY J. KRAJICK**
                                _____
                                 **Clerk of Court**
              **BY:**      K. Mango
                                  _____
                                   **Deputy Clerk**